UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **RENIN US, LLC,** | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:20-CV-01505 |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** that Plaintiff Renin US, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule without prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Nora K. Cook* | BRIAN M. BOYNTON |
| ERIC LARSON ZALLUD | Principal Deputy Assistant Attorney General |
| NORA K. COOK | |
| LAURA E. KOGAN | PATRICIA M. MCCARTHY |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | Director |
| 200 Public Square, Suite 2300 | */s/ L. Misha Preheim* |
| Cleveland, Ohio 44114-2378 | L. MISHA PREHEIM |
| Telephone: 216.363.4500 | Assistant Director |
| Facsimile: 216.363.4588 | |
| Email: ezalud@beneschlaw.com | */s/ Justin R. Miller* |
| ncook@beneschlaw.com | JUSTIN R. MILLER |
| lkogan@beneschlaw.com | Attorney-In-Charge, |
| *Attorneys for Plaintiff Renin US, LLC* | International Trade Field Office |

/s/ Elizabeth A. Speck
Elizabeth A. Speck
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0369

SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

**SCHEDULE TO STIPULATION OF DISMISSAL**

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| CASE NO.: 1:20-CV-01505 | Renin US, LLC |

**ORDER OF DISMISSAL**

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____    Clerk, U. S. Court of International Trade

By:_____
      Deputy Clerk

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on June 7, 2023, the *Notice of Dismissal Without Prejudice* was filed with the Court using the CM/ECF system. Counsel for the parties have been served through the CM/ECF system.

/s/ Nora K. Cook
NORA K. COOK

*One of the Attorneys for Plaintiff Renin US, LLC*